**Abdu–Salim GOULD, Plaintiff–Appellant,**

v.

**BERTIE COUNTY; Bertie–Martin Board of Commissioners; Bertie County Sheriff Department; Southern Health Partners, Defendants–Appellees,**

and

**Bertie Martin Regional Jail, Defendant.**

**No. 15–6139.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2015.

Decided: May 22, 2015.

Abdu–Salim Gould, Appellant Pro Se.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdu–Salim Gould appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gould v. Bertie Cnty.*, No. 5:14–ct–03066–FL (E.D.N.C. Jan. 13, 2015). We deny Gould's motion for remission of bail funds. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*